# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2008

137076

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRUCE WENDEL and ANTHONY WILLIAMS,
      Plaintiffs,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

SC: 137076
AGC: 22999/07 & 22998/07

_____/

      On the order of the Court, the complaint for superintending control is considered, and it is DISMISSED, because the requests for investigation are currently pending before the Grievance Administrator, who has indicated to the Court that the requests will receive heightened priority. See MCR 9.122(A)(2).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2008

_____
Clerk

p1104